IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**NENA MCMILLIN,**                                                **PLAINTIFF**

VS.                                              **CAUSE NO.: 5:18-cv-129-DCB-MTP**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and ABC CORPORATION 1-10,**                             **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on to be considered on the joint *ore tenus* Motion to Dismiss of the Plaintiff, Nena McMillin, and Defendant, New Hampshire Insurance Company, by and through their respective attorneys of record, to dismiss the above styled and numbered cause with prejudice as to New Hampshire Insurance Company only, and the Court, having considered same finds that said *ore tenus* Motion to Dismiss is well-taken and should be granted. It is therefore,

**ORDERED AND ADJUDGED**, that the *ore tenus* Motion to Dismiss seeking dismissal of the above styled and numbered cause with prejudice is granted as to Defendant New Hampshire Insurance Company only and each party shall bear their own costs.

**SO ORDERED AND ADJUDGED**, this the  29th  day of  May , 2020.

                                                          s/David Bramlette
                                                          DISTRICT COURT JUDGE

NENA MCMILLIN

By: /s/Matthew L. Devereaux
MATTHEW L. DEVEREAUX (#101833)
The Bezou Law Firm
534 East Boston Street
Covington, LA  70433
Telephone: (985) 892-2111
Facsimile:  (985) 892-1413
mdevereaux@bezou.com
*Attorney for Nena McMillin*


NEW HAMPSHIRE INSURANCE COMPANY

By:   /s/ Matt Quinlivan
MATT QUINLIVAN (#103081)
Deutsch Kerrigan, L.L.P.
2510 14th Street, Suite 1001
Gulfport, MS  39501
Telephone: (228) 864-0161
Facsimile:  (228) 863-5278
matt@deutschkerrigan.com
*Attorney for New Hampshire Insurance Company*